UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AAMIR AYOUB EL-BEY,<br><br>    Plaintiff,<br><br>  v.<br><br>INTERNAL REVENUE SERVICE, UNITED STATES, and PHILIP A. TALBERT,<br><br>    Defendants. | No. 1:24-cv-01314-KES-HBK<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION<br><br>Docs. 1, 6 |

Plaintiff Aamir Ayoub El-Bey is proceeding pro se in this civil action. Doc. 1. On November 21, 2024, the assigned magistrate judge screened plaintiff's Complaint, and found that plaintiff's claims are frivolous, the Court lacks subject matter jurisdiction, defendant Talbert has prosecutorial immunity, and plaintiff failed to demonstrate that the United States has waived its sovereign immunity. The magistrate judge also recommended the district court dismiss the Complaint without further leave to amend. Doc. 6. The findings and recommendations were served on plaintiff and contained notice that objections were to be filed within fourteen days of service. *Id*. at 9. Plaintiff has not filed any objections and the time to do so has passed. *See* docket.

In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. After carefully reviewing the file, the Court finds that the findings and

1  recommendations are supported by the record and proper analysis.

2  Accordingly, it is ORDERED that:

3  1. The findings and recommendations issued on November 21, 2024, Doc. 6, are
4  ADOPTED IN FULL.
5  2. This action is DISMISSED.
6  3. The Clerk of Court is directed to CLOSE this case.

9  IT IS SO ORDERED.

10  Dated:   January 31, 2025

UNITED STATES DISTRICT JUDGE

2